**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
| --- | --- |
| UNITED STATES OF AMERICA, | No. 12-10095 |
| Plaintiff - Appellee, | D.C. No. 4:11-cr-02026-DCB |
| v. | |
| JUAN MARTIN RIVAS DEL CASTILLO, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
David C. Bury, District Judge, Presiding

Submitted May 13, 2014[**]

Before:    CLIFTON, BEA, and WATFORD, Circuit Judges.

Juan Martin Rivas del Castillo appeals from the district court's judgment and

challenges his guilty-plea conviction and 144-month sentence for possession with

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

intent to distribute methamphetamine and cocaine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A); and importation of methamphetamine and cocaine, in violation of 21 U.S.C. §§ 952(a), 960(a)(1), and 960(b)(1).  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Rivas del Castillo's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record.  Rivas del Castillo has filed pro se supplemental opening and reply briefs and the government has filed an answering brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**